United States District Court
Southern District of Texas
ENTERED
AUG 27 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 20 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KARL IKE § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-83 |
| § | |
| PROFESSIONAL AMERICAN § | |
| COLLECTIONS INC., § | |
| § | |
| Defendant § | |

**ORDER GRANTING DEFENDANT'S
MOTION FOR MORE DEFINITE STATEMENT
PURSUANT TO FED. R. CIV. P. 12(e)**

BE IT REMEMBERED on this day came on to be heard Defendant's Motion For More Definite Statement. The Court, after considering the motion is of the opinion that the motion is meritorious, and should be GRANTED. It is, therefore:

**ORDERED** that said motion is hereby **GRANTED** and as such, Plaintiff shall, within ten (10) days of the date of this Order, replead paragraph one (1) or, in reality his entire complaint by stating specific facts as to how defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u, and how and in what particulars plaintiff suffered actual damages as a result of defendant's alleged misconduct.

SIGNED this the 20th day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE — Magistrate

F:\CASES\WKW\PAC\IKE\DEFINMTN.ORD