12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KARL IKE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-B-98-83 |
| PROFESSIONAL AMERICAN COLLECTIONS, INC., | § § § | |
| Defendants. | § § | |

### Order of Dismissal

BE IT REMEMBERED that on February 1, 1999, the Court considered Defendant PROFESSIONAL AMERICAN COLLECTION's motion to dismiss (Dkt. No. 11).

Plaintiff KARL IKE failed to file a more definite statement as ordered by the Court on August 20, 1998. Therefore, the Defendants' motion to dismiss (Dkt. No. 11) is GRANTED for Plaintiff's failure to follow the Court's order. This case is accordingly DISMISSED pursuant to Fed. R. Civ. P. 12(e).

DONE at Brownsville, Texas, this ___01st___ day of February 1999.

_____
Hilda G. Tagle
United States District Judge